**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)* _____     Chapter __**11**__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **S Valley View Twain, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-2282453** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business**<br><br>**3672 S. Highland Drive**<br>**Las Vegas, NV 89103**<br>Number, Street, City, State & ZIP Code<br><br>**Clark**<br>County | **Mailing address, if different from principal place of business**<br><br>**26314 S. Western Ave. #200**<br>**Lomita, CA 90717**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor    **S Valley View Twain, LLC**                                    Case number (if known) _____
          Name

| | |
|---|---|
| **7.** **Describe debtor's business** | A. *Check one:* |
| | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | ☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | ☐ None of the above |

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

Debtor  **S Valley View Twain, LLC**
Name

Case number (*if known*) _____

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

██ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds** .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor   **S Valley View Twain, LLC**
_____          Case number (*if known*) _____
Name

☐ $50,001 - $100,000              ■ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000             ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million           ☐ $100,000,001 - $500 million       ☐ More than $50 billion

Debtor    **S Valley View Twain, LLC**
_____    Case number (*if known*) _____
          Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 23, 2023**
                MM / DD / YYYY

**X** **/s/ Jason Choo**
_____    **Jason Choo**
Signature of authorized representative of debtor    Printed name

Title    **Manager**

**18. Signature of attorney**

**X** **/s/ Zachariah Larson**
_____    Date    **October 23, 2023**
Signature of attorney for debtor                        MM / DD / YYYY

**Zachariah Larson 7787**
Printed name

**Larson & Zirzow, LLC**
Firm name

**850 E. Bonneville Ave.**
**Las Vegas, NV 89101**
Number, Street, City, State & ZIP Code

Contact phone    **702-382-1170**    Email address    **zlarson@lzlawnv.com**

**7787 NV**
Bar number and State

## UNANIMOUS WRITTEN CONSENT OF THE SOLE MEMBER OF
## S VALLEY VIEW TWAIN, LLC, a Delaware limited liability company

The undersigned, being the sole member of S VALLEY VIEW TWAIN, LLC, a Delaware limited liability company (the "Company"), hereby approves and adopts the following resolutions effective as of October 23, 2023:

RESOLVED that in the judgment of the member of the Company, which is a member-managed entity, and upon the advice of insolvency counsel, it is desirable and in the best interests of the Company and its creditors and other interested parties that a voluntary petition for relief be filed under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), and such filing is authorized hereby.

RESOLVED that Jason Choo (the "Authorized Person"), shall be authorized, empowered and directed, in the name and on behalf of the Company, to execute and verify a bankruptcy petition, schedules, statements, and any amendments thereto under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the U.S. Bankruptcy Court for the District of Nevada at such time as such Authorized Person executing the same shall determine.

RESOLVED that the Authorized Person shall be designated as the responsible person in the Company's chapter 11 bankruptcy case pursuant to Fed. R. Bankr. P. 9001(5) (the "Responsible Person"), and is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts necessary on behalf of the Company in connection with such bankruptcy case.

RESOLVED that the law firm of LARSON & ZIRZOW, LLC is engaged and shall continue its engagement as attorneys for the Company in the chapter 11 case of the Company, and its legal representation agreement is approved.

RESOLVED that the Responsible Person is, authorized, empowered and directed, in the name and on behalf of the Company, to execute and file all papers, and to take and perform any and all further acts and deeds which he or she deems appropriate to commence the chapter 11 case and proceed therewith to conclusion.

RESOLVED that any and all past actions heretofore taken by the Responsible Person of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions with respect to the preparation and commencement of the chapter 11 case be, and the same hereby are, ratified, confirmed, and approved; and

IN WITNESS WHEREOF, the undersigned, being the sole member of the Board, by execution hereof, hereby approve this Written Consent as of the date first above written.

S VALLEY VIEW TWAIN, LLC,
a Delaware limited liability company:

By: FM TMG LT, LLC,
a Nevada limited liability company
Its Member

By: _Jason Choo_____
     Jason Choo, as Manager

**Fill in this information to identify the case:**

Debtor name    **S Valley View Twain, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■    *Schedule H: Codebtors* (Official Form 206H)
- ■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐    Amended *Schedule*
- ■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 23, 2023**          X */s/ Jason Choo*
_____          _____
                                         Signature of individual signing on behalf of debtor

                                         **Jason Choo**
                                         _____
                                         Printed name

                                         **Manager**
                                         _____
                                         Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **S Valley View Twain, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEVADA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| The Greenspan Company/Adjuster Internat.<br>Attn: Bankruptcy Dept/Managing Agent<br>5940 S. Rainbow Blvd.<br>Las Vegas, NV 89118 | | Insurance Claim | | | | $35,642.21 |
| Farmer's Insurance Group of Companies<br>Attn: Bankruptcy Dept/Managing Agent<br>P.O. Box 2847<br>Grand Rapids, MI 49501-2847 | | Insurance | | | | $27,064.00 |
| Kraft Lake Insurance Agency<br>Attn: Bankruptcy Dept/Managing Agent<br>PO Box 1426 LOC 3115<br>Grand Rapids, MI 49501 | | Insurance Policy Renewal | | | | $12,446.19 |
| HPA Consulting Engineers<br>Attn: Bankruptcy Dept/Managing Agent<br>6280 S. Valley View Blvd., Suite 416<br>Las Vegas, NV 89118 | | Warehouse Shell Re-Build | | | | $6,300.00 |

Debtor  **S Valley View Twain, LLC**                                        Case number *(if known)*
_____                                        _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **SSA Architecture Small Studio Associates, LLC Attn: Bankruptcy Dept/Managing Agent 7040 Laredo Street, Suite C Las Vegas, NV 89117-3044** | | **Architecture** | | | | **$4,651.01** |
| **Design House Attn: Bankruptcy Dept/Managing Agent 2700 S. Las Vegas Blvd., Ste. 2807 Las Vegas, NV 89109** | | **Architectural Remodification Services** | | | | **$2,000.00** |
| **Kaempfer Crowell Attn: Bankruptcy Dept/Managing Agent 1980 Festival Plaza, Drive, Suite 650 Las Vegas, NV 89135** | | **Attorney Fees** | | | | **$663.98** |
| **Clark County Water Reclamation Attn: Bankruptcy Dept/ Managing Agent 5857 East Flamingo Rd. Las Vegas, NV 89122** | | **Utility Bill** | | | | **$249.58** |
| **Iglody Law Office C/o Lee I. Iglody, Esq. 2580 St. Rose Pkwy. #330 Henderson, NV 89074** | | **Attorney Fees** | | | | **$0.00** |

**Fill in this information to identify the case:**

Debtor name  **S Valley View Twain, LLC**

United States Bankruptcy Court for the:  DISTRICT OF NEVADA

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals
12/15

Part 1:  **Summary of Assets**

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*......................................................................................  $                   21,700,000.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*....................................................................................  $                        16,815.23

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*......................................................................................  $                   21,716,815.23

Part 2:  **Summary of Liabilities**

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................  $                   11,299,716.05

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................  $                             0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................  +$                        89,016.97

4.  Total liabilities ...........................................................................................................
   Lines 2 + 3a + 3b

   $                   11,388,733.02

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

| Fill in this information to identify the case: |
|---|

Debtor name  **S Valley View Twain, LLC**

United States Bankruptcy Court for the:  DISTRICT OF NEVADA

Case number *(if known)* _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          **12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

**Part 1:     Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

   ☐ No.  Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  **City National Bank** | **Business Checking** | 4122 | **$4,718.06** |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.       **$4,718.06**

**Part 2:     Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

   ☑ No.  Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3:     Accounts receivable**

10. Does the debtor have any accounts receivable?

    ☐ No.  Go to Part 4.
    ☑ Yes Fill in the information below.

11.     **Accounts receivable**

| 11a. 90 days old or less: | **11,799.62** | - | **0.00** | = .... | **$11,799.62** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

Debtor    **S Valley View Twain, LLC**                                Case number *(If known)* _____
          Name

| 11b. Over 90 days old: | **297.55** | - | **0.00** =.... | | **$297.55** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12.    **Total of Part 3.**                                                              **$12,097.17**
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

## Part 4:    Investments

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

## Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

## Part 7:    Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes Fill in the information below.

## Part 8:    Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes Fill in the information below.

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest *(Where available)* | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Debtor    **S Valley View Twain, LLC**_____    Case number *(If known)* _____
                    Name

| 55.1. | **3610-3686 Highland Drive and 3675 Procyon Street, Las Vegas, NV 89103** | **Investment Property** | $0.00 | | $21,700,000.00 |

56.    **Total of Part 9.**    | **$21,700,000.00** |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 10: | **Intangibles and intellectual property** |

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **S Valley View Twain, LLC**                    Case number *(if known)* _____
    Name

<table>
<tr><td colspan="2" style="background-color:black;color:white"><strong>Part 12:</strong></td><td><strong>Summary</strong></td></tr>
</table>

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $4,718.06 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $12,097.17 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...............................................................> | | $21,700,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $16,815.23 | + 91b. $21,700,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $21,716,815.23 |

**Fill in this information to identify the case:**

Debtor name    **S Valley View Twain, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property      12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| | | Column A | Column B |
|---|---|---|---|
| **2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **Terracotta Credit Reit, LLC** | Describe debtor's property that is subject to a lien | $11,299,716.05 | $21,700,000.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent 2321 Rosecrans Avenue, Suite 3270 El Segundo, CA 90245**

Creditor's mailing address

**3610-3686 Highland Drive and 3675 Procyon Street, Las Vegas, NV 89103**

Creditor's email address, if known

**Describe the lien**

**UCC**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**

**February 2022**

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**0819**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | $11,299,716.05 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **TerraCotta Credit REIT, LLC c/o Assured Lender Services, Inc. 111 Pacifica, Suite 140 Irvine, CA 92618** | Line **2.1** | |

**Fill in this information to identify the case:**

Debtor name    **S Valley View Twain, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>**Clark County Water Reclamation**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**5857 East Flamingo Rd.**<br>**Las Vegas, NV 89122**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Utility Bill__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $249.58 |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>**Design House**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**2700 S. Las Vegas Blvd., Ste. 2807**<br>**Las Vegas, NV 89109**<br><br>Date(s) debt was incurred __August 2023__<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Architectural Remodification Services__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $2,000.00 |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>**Drain Bears**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**6295 McLeod Dr., #6**<br>**Las Vegas, NV 89120**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Vendor__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>**Farmer's Insurance Group of Companies**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**P.O. Box 2847**<br>**Grand Rapids, MI 49501-2847**<br><br>Date(s) debt was incurred __2023__<br><br>Last 4 digits of account number __0001__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Insurance__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $27,064.00 |

Debtor    **S Valley View Twain, LLC**                                          Case number (if known) _____
　　　　　Name

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,300.00** |
|---|---|---|---|

**HPA Consulting Engineers**
Attn: Bankruptcy Dept/Managing Agent
6280 S. Valley View Blvd., Suite 416
Las Vegas, NV 89118

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __July/August 2023__

**Basis for the claim:** __Warehouse Shell Re-Build__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Iglody Law Office**
C/o Lee I. Iglody, Esq.
2580 St. Rose Pkwy. #330
Henderson, NV 89074

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Attorney Fees__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$663.98** |
|---|---|---|---|

**Kaempfer Crowell**
Attn: Bankruptcy Dept/Managing Agent
1980 Festival Plaza, Drive, Suite 650
Las Vegas, NV 89135

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Attorney Fees__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,446.19** |
|---|---|---|---|

**Kraft Lake Insurance Agency**
Attn: Bankruptcy Dept/Managing Agent
PO Box 1426 LOC 3115
Grand Rapids, MI 49501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __10/17/2023__

**Basis for the claim:** __Insurance Policy Renewal__

Last 4 digits of account number __7972__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Las Vegas Fencing**
Attn: Bankruptcy Dept/Managing Agent
4295 Arville St.
Las Vegas, NV 89103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Protective Force International, LLC**
Attn: Bankruptcy Dept/Managing Agent
2620 Regatta Drive #102
Las Vegas, NV 89103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,651.01** |
|---|---|---|---|

**SSA Architecture**
Small Studio Associates, LLC
Attn: Bankruptcy Dept/Managing Agent
7040 Laredo Street, Suite C
Las Vegas, NV 89117-3044

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __October 2023__

**Basis for the claim:** __Architecture__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **S Valley View Twain, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Superior Plumbing & Drain**
**Attn: Bankruptcy Dept/Managing Agent**
**175 N. Gibson Rd.**
**Las Vegas, NV 89104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,642.21 |
|---|---|---|---|

**The Greenspan Company/Adjuster Internat.**
**Attn: Bankruptcy Dept/Managing Agent**
**5940 S. Rainbow Blvd.**
**Las Vegas, NV 89118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Insurance Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b.  + | $ 89,016.97 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $ 89,016.97 |

**Fill in this information to identify the case:**

Debtor name    **S Valley View Twain, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.**  State what the contract or lease is for and the nature of the debtor's interest — **Tenant at 3640 S. Highland Drive**<br><br>State the term remaining — **Expires April 2026**<br><br>List the contract number of any government contract | **Creative Bus Sales, Inc.**<br>**9365 Counselors Row, Suite 112**<br>**Indianapolis, IN 46240** |
| **2.2.**  State what the contract or lease is for and the nature of the debtor's interest — **Architect agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Design House**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**2700 S. Las Vegas Blvd., Ste. 2807**<br>**Las Vegas, NV 89109** |
| **2.3.**  State what the contract or lease is for and the nature of the debtor's interest — **Exclusive Property Management Agreement and Exclusive Right to Lease Listing Agreement**<br><br>State the term remaining — **Expires August 31, 2024**<br><br>List the contract number of any government contract | **Gatski Commerical Real Estate Services**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**4755 Dean Martin Drive**<br>**Las Vegas, NV 89103** |
| **2.4.**  State what the contract or lease is for and the nature of the debtor's interest — **Tenant at 3672 S. Highland Drive, Suite D**<br><br>State the term remaining — **Expires July 2028**<br><br>List the contract number of any government contract | **Globul Enterprises**<br>**6631 Banbridge Dr.**<br>**Las Vegas, NV 89103** |

Debtor 1  **S Valley View Twain, LLC**                                    Case number (*if known*) _____
    First Name          Middle Name         Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant at 3672 S. Highland Drive, Suite A** | |
|---|---|---|---|
| | State the term remaining | **Expires November 2024** | **Joshua Merson**<br>**3672 S. Highland Drive, Suite A**<br>**Las Vegas, NV 89103** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Security Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Protective Force International LLC**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**2620 Regatta Drive, Suite 102**<br>**Las Vegas, NV 89128** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Architecture agreement** | |
|---|---|---|---|
| | State the term remaining | | **SSA Architecture**<br>**Small Studio Associates, LLC**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**7040 Laredo Street, Suite C**<br>**Las Vegas, NV 89117-3044** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant at 3630 S. Highland Drive** | |
|---|---|---|---|
| | State the term remaining | **Expires August 2025** | **The Sherwin-Williams Company**<br>**101 West Prospect Ave.**<br>**Cleveland, OH 44115** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant at 3680 S. Highland Drive** | |
|---|---|---|---|
| | State the term remaining | **Expires July 2028** | **Ultimate Auto Sales, LLC**<br>**5351 S. Decatur Blvd., Ste. 100**<br>**Las Vegas, NV 89118** |
| | List the contract number of any government contract | | |

| Debtor 1 | **S Valley View Twain, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant at 3675 Procyon Street** | |
|---|---|---|---|
| | State the term remaining | **Expires in November 2024** | |
| | List the contract number of any government contract | | **United Rentals Realty, LLC**<br>**3675 Procyon Street**<br>**Las Vegas, NV 89103** |

**Schedule G: Executory Contracts and Unexpired Leases**

**Fill in this information to identify the case:**

Debtor name __S Valley View Twain, LLC__

United States Bankruptcy Court for the: __DISTRICT OF NEVADA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **David Choo** | **26314 S. Western Ave. #200 Lomita, CA 90717 Guarantor** | **Terracotta Credit Reit, LLC** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.2 | **FM TMG LT, LLC** | **26314 S. Western Ave. #200 Lomita, CA 90717 Guarantor** | **Terracotta Credit Reit, LLC** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name **S Valley View Twain, LLC**

United States Bankruptcy Court for the: DISTRICT OF NEVADA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy      04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1. **Gross revenue from business**

   ☑ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|
   | 3.1.  **Gatski Commercial Real Estate Services** | July - September 2023 | $38,936.91 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
   | 3.2.  **Gatski Commercial - Engineering Dept.** | July to September 2023 | $8,799.31 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor     S Valley View Twain, LLC                                          Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.3.   **AllStar Heating & Cooling, LLC** | **July 2023** | **$8,275.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.4.   **Protective Force International, LLC** | **July to September 2023** | **$15,246.71** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.5.   **Clark County Treasurer** | **August 2023** | **$10,810.49** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Property Taxes |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Debtor    S Valley View Twain, LLC _____    Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **S. Valley View Twain, LLC v Terracotta Reit LLC**<br>23STCV12102 | **Breach of Contract** | **Superior Court of California County of Los Angeles 111 North Hill Street Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **S. Valley View Twain, LLC v TerraCotta Credit REIT LLC**<br>22:3-cv-01275 | **Civil** | **United States District Court District of Nevada 333 Las Vegas Blvd. So. Las Vegas, NV 89101** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. **S. Valley View Twain, LLC v Terracotta Credit REIT, LLC**<br>A-23-873853-C | **Civil** | **Eighth Judicial District Court 200 Lewis Ave. Las Vegas, NV 89155** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Fire at 3682 S. Highland Drive** | **$347,000.00 forwarded to Terra Contracting** | | **$0.00** |

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

Debtor     S Valley View Twain, LLC                                          Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Larson & Zirzow, LLC<br>850 E. Bonneville Ave.<br>Las Vegas, NV 89101 | | 10-17-2023 | $35,000.00 |
| | Email or website address<br>zlarson@lzlawnv.com | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

Debtor   S Valley View Twain, LLC _____   Case number *(if known)* _____

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

Debtor    S Valley View Twain, LLC                                   Case number *(if known)* _____

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and<br>address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Charles Rim Accountancy Corp**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**26314 Western Ave., Ste. 200**<br>**Lomita, CA 90717** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

Debtor    S Valley View Twain, LLC _____     Case number *(if known)* _____

**Name and address**

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| David Choo | 26314 S. Western Ave. #200 Lomita, CA 90717 | Manager | |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Jason Choo | 26314 S. Western Ave. #200 Lomita, CA 90717 | Manager | |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| FM TMG LT, LLC | 26314 S. Western Ave. #200 Lomita, CA 90717 | Sole Member | 100% |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| --- | --- | --- | --- |
| Yoonjin Choo | 26314 S. Western Ave. #200 Lomita, CA 90717 | Manager | July 2017 to February 2023 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- |

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |

Debtor    **S Valley View Twain, LLC**                                            Case number *(if known)*

---

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
| --- | --- |

Debtor    **S Valley View Twain, LLC**                                         Case number *(if known)* _____

---

Part 14:   **Signature and Declaration**

     **WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

     I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

     I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 23, 2023**

**/s/ Jason Choo**                                          **Jason Choo**
Signature of individual signing on behalf of the debtor            Printed name

Position or relationship to debtor    **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Nevada

In re    **S Valley View Twain, LLC**                                    Case No. _____

                                        Debtor(s)                 Chapter    **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ........................................ $ _____**35,000.00**

    Prior to the filing of this statement I have received .......................... $ _____**35,000.00**

    Balance Due ............................................................................. $ _____**0.00**

2.  The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**October 23, 2023**                          **/s/ Zachariah Larson**
*Date*                                        **Zachariah Larson 7787**
                                              *Signature of Attorney*
                                              **Larson & Zirzow, LLC**
                                              **850 E. Bonneville Ave.**
                                              **Las Vegas, NV 89101**
                                              **702-382-1170  Fax: 702-382-1169**
                                              **zlarson@lzlawnv.com**
                                              *Name of law firm*

# United States Bankruptcy Court
## District of Nevada

In re  **S Valley View Twain, LLC**

Debtor(s)

Case No.

Chapter  **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **FM TMG LT, LLC**<br>**26314 S. Western Ave. #200**<br>**Lomita, CA 90717** | | | **Sole Member** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **October 23, 2023**

Signature  **/s/ Jason Choo**

**Jason Choo**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
### District of Nevada

In re    **S Valley View Twain, LLC**

Debtor(s)

Case No.

Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **October 23, 2023**

**/s/ Jason Choo**

**Jason Choo**/**Manager**
Signer/Title

S Valley View Twain, LLC
26314 S. Western Ave. #200
Lomita, CA 90717

.

Clark County Assessor
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
Box 551401
Las Vegas, NV 89155

Social Security Administration
Office of the Regional Chief Counsel
Region IX
160 Spear Street, Ste. 800
San Francisco, CA 94105-1545

Drain Bears
Attn: Bankruptcy Dept/Managing Agent
6295 McLeod Dr., #6
Las Vegas, NV 89120

Iglody Law Office
C/o Lee I. Iglody, Esq.
2580 St. Rose Pkwy. #330
Henderson, NV 89074

Las Vegas Fencing
Attn: Bankruptcy Dept/Managing Agent
4295 Arville St.
Las Vegas, NV 89103

Superior Plumbing & Drain
Attn: Bankruptcy Dept/Managing Agent
175 N. Gibson Rd.
Las Vegas, NV 89104

Creative Bus Sales, Inc.
9365 Counselors Row, Suite 112
Indianapolis, IN 46240

Joshua Merson
3672 S. Highland Drive, Suite A
Las Vegas, NV 89103

Ultimate Auto Sales, LLC
5351 S. Decatur Blvd., Ste. 100
Las Vegas, NV 89118

Internal Revenue Service
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 7346
Philadelphia, PA 19101

Dept. of Empl, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

Clark County Water Reclamation
Attn: Bankruptcy Dept/ Managing Agent
5857 East Flamingo Rd.
Las Vegas, NV 89122

Farmer's Insurance Group of Companies
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 2847
Grand Rapids, MI 49501-2847

Kaempfer Crowell
Attn: Bankruptcy Dept/Managing Agent
1980 Festival Plaza, Drive, Suite 650
Las Vegas, NV 89135

Protective Force International, LLC
Attn: Bankruptcy Dept/Managing Agent
2620 Regatta Drive #102
Las Vegas, NV 89103

Terracotta Credit Reit, LLC
Attn: Bankruptcy Dept/Managing Agent
2321 Rosecrans Avenue, Suite 3270
El Segundo, CA 90245

Gatski Commerical Real Estate Services
Attn: Bankruptcy Dept/Managing Agent
4755 Dean Martin Drive
Las Vegas, NV 89103

Protective Force International LLC
Attn: Bankruptcy Dept/Managing Agent
2620 Regatta Drive, Suite 102
Las Vegas, NV 89128

United Rentals Realty, LLC
3675 Procyon Street
Las Vegas, NV 89103

Clark County Treasurer
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
P.O. Box 551220
Las Vegas, NV 89155

Nevada Dept. of Taxation
Bankruptcy Section
555 E. Washington Avenue #1300
Las Vegas, NV 89101

Design House
Attn: Bankruptcy Dept/Managing Age
2700 S. Las Vegas Blvd., Ste. 2807
Las Vegas, NV 89109

HPA Consulting Engineers
Attn: Bankruptcy Dept/Managing Age
6280 S. Valley View Blvd., Suite 41
Las Vegas, NV 89118

Kraft Lake Insurance Agency
Attn: Bankruptcy Dept/Managing Age
PO Box 1426 LOC 3115
Grand Rapids, MI 49501

SSA Architecture
Small Studio Associates, LLC
Attn: Bankruptcy Dept/Managing Age
7040 Laredo Street, Suite C
Las Vegas, NV 89117-3044

The Greenspan Company/Adjuster I
Attn: Bankruptcy Dept/Managing Age
5940 S. Rainbow Blvd.
Las Vegas, NV 89118

Globul Enterprises
6631 Banbridge Dr.
Las Vegas, NV 89103

The Sherwin-Williams Company
101 West Prospect Ave.
Cleveland, OH 44115

FM TMG LT, LLC
26314 S. Western Ave. #200
Lomita, CA 90717

Burns & Wilcox-Las Vegas NV
Attn: Bankruptcy Dept/Managing Agent
3883 Howard Hughes Pkwy., Ste. 1090
Las Vegas, NV 89169

Farmers Insurance Group
Attn: Bankruptcy Dept. / Managing Agent
PO Box 55156
Boston, MA 02205

Meyer Insurance Agency
Attn: Bankruptcy Dept/Managing Age
9691 Trailwood Drive #109
Las Vegas, NV 89134

RLI Insurance Co.
Attn: Bankruptcy Dept/Managing Agent
9025 N. Lindbergh Drive
Peoria, IL 61615

TerraCotta Credit REIT, LLC
c/o Assured Lender Services, Inc.
111 Pacifica, Suite 140
Irvine, CA 92618

# United States Bankruptcy Court
## District of Nevada

In re    **S Valley View Twain, LLC**
_____
Debtor(s)

Case No. _____
Chapter    **11**    _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **S Valley View Twain, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**FM TMG LT, LLC**
**26314 S. Western Ave. #200**
**Lomita, CA 90717**
_____

☐ None [*Check if applicable*]

**October 23, 2023**
_____
Date

**/s/ Zachariah Larson**
_____
**Zachariah Larson 7787**
Signature of Attorney or Litigant
Counsel for   **S Valley View Twain, LLC**
_____
**Larson & Zirzow, LLC**
**850 E. Bonneville Ave.**
**Las Vegas, NV 89101**
**702-382-1170 Fax:702-382-1169**
**zlarson@lzlawnv.com**