LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzlawnv.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170
Fax: (702) 382-1169

Proposed Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

S VALLEY VIEW TWAIN, LLC,

   Debtor.

Case No. 23-14672-nmc
Chapter 11

### ATTORNEY INFORMATION SHEET FOR PROPOSED ORDER SHORTENING TIME TO HEAR DEBTOR'S INITIAL EMERGENCY MOTIONS

As required by the Court, I have contacted the parties below regarding the proposed Order Shortening Time to hear the various initial emergency "first day" motions filed S Valley View Twain, LLC, a Delaware limited liability company, as debtor and debtor in possession (the "Debtor"), and their positions on an order shortening time to hear the foregoing matters are as follows

| Name | Date Contacted | Agree | Disagree |
|---|---|---|---|
| 1. United States Department of Justice, Office of the United States Trustee, Carlos R. Hernandez-Vivoni. | 10/26/2023 | X | |
| 2. Stacy H. Rubin, Esq., on behalf of TerraCotta Credit REIT LLC | 10/26/2023 | | X |

Dated: November 6, 2023.

By:    /s/ Zachariah Larson
LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
850 E. Bonneville Ave.
Las Vegas, Nevada 89101

Proposed Attorneys for Debtor

2