NVB IA-11-2BK (Rev. 2/17)

Name, Address, Telephone No., Bar Number & E-mail address
William B. Freeman, California Bar No. 137276
Katten Muchin Rosenman LLP, 515 S. Flower St. Suite 4150, Los Angeles CA 90071-2212
Telephone: 213.443.9003
bill.freeman@katten.com

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

\* \* \* \* \* \*

In re:                                     )    BK-23-14672-NMC
S VALLEY VIEW TWAIN, LLC   )
                                              )    CHAPTER 11
                                              )
                                              )    VERIFIED PETITION FOR
                                              )    PERMISSION TO PRACTICE IN THIS
                                              )    CASE ONLY BY ATTORNEY NOT
                                              )    ADMITTED TO THE BAR OF THIS
                                              )    COURT
            Debtor.                      )
                                              )    **EFFECTIVE JANUARY 1, 2015**
                                              )    **FILING FEE IS $250.00**

_____William B. Freeman_____, Petitioner, respectfully represents to the Court:

1. That Petitioner resides in _Los Angeles_, _California_.

2. That Petitioner is an attorney at law and a member of the law firm of
_Katten Muchin Rosenman LLP_, with offices at _____
515 South Flower Street_____
Suite 4150_____
Los Angeles_____, CA_____, 90071-2212_____

3. That Petitioner has been retained personally or as a member of the law firm by

1 | TerraCotta REIT LLC to provide legal representation in connection
2 | with the above-entitled case now pending before this Court.

3 | 4. That since 1988 , Petitioner has been and presently is a member in good
4 | standing of the bar of the highest Court of the State of California where Petitioner
5 | regularly practices law.

6 | 5. That Petitioner was admitted to practice before the following United States District Courts,
7 | United States Circuit Court of Appeal, the Supreme Court of the United States and Courts of other
8 | States on the dates indicated for each, and that Petitioner is presently a member in good standing of
said Courts.

| Court | Date Admitted |
|---|---|
| Ninth Circuit Court of Appeals | 1994 |
| Central District of California | 1988 |
| Eastern District of California | 2013 |
| Northern District of California | 2003 |
| Southern District of California | 1994 |

6. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory, or administrative body, or any resignation or termination order to avoid disciplinary or disbarment proceedings, except as described in detail below:
N/A

7. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars of any denied admission):
N/A

8. That Petitioner is a member of good standing in the following Bar Associations:
American Bankruptcy Institute
Turnaround Management Association
_____
_____
_____.

9. Petitioner or any member of Petitioner's firm (or office is firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 11-2 during the past three (3) years in the following matters:

Date of Application    Cause    Title of Court/Administrative Body or Arbitrator    Was Application Granted or Denied
N/A
_____
_____
_____
_____ (If necessary, please attach a statement of additional applications)

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

DATED: 11/1/2023

_____
Petitioner's Signature

3

1. STATE OF California                )
                                       )
2. COUNTY OF Los Angeles    )

3.

4. William B. Freeman        , Petitioner, being first duly sworn, deposes and says:
   That the foregoing statements are true.

5.

6.                                                      *[signature: William B. Fr—]*

7.                                                      Petitioner's Signature

8. (SEAL)

9. Subscribed and sworn to me before this

10.

11. _____ day of _____, _____.

12. _____ Notary public

13.

14.                    (See attached Jurat)

# California Jurat Certificate

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

**State of California**

**County of** Ventura       } s.s.

Subscribed and sworn to (or affirmed) before me on this __10__ day of __November__, Month

20 _23_, by __William B. Freeman__ and
Name of Signer (1)

_____, proved to me on the basis of
Name of Signer (2)

satisfactory evidence to be the person(s) who appeared before me.

__Matt James Nemethy__
Signature of Notary Public

MATTHEW JAMES NEMETHY
Notary Public - California
Ventura County
Commission # 2457599
My Comm. Expires Aug 5, 2027

For other required information (Notary Name, Commission No. etc.)

Seal

──── OPTIONAL INFORMATION ────

Although the information in this section is not required by law, it could prevent fraudulent removal and reattachment of this jurat to an unauthorized document and may prove useful to persons relying on the attached document.

### Description of Attached Document

The certificate is attached to a document titled/for the purpose of

United States Bankruptcy Court
District of Nevada
Verified Petition for permission to practice in this case only by Attorney not admitted to the bar of this court.
BK-23-14672-NMC

containing __4__ pages, and dated __11/10/2023__

### Additional Information
Method of Affiant Identification

Proved to me on the basis of satisfactory evidence:
☐ form(s) of identification   ☐ credible witness(es)

Notarial event is detailed in notary journal on:

Page # _____   Entry # _____

Notary contact: _____

Other
☐ Affiant(s) Thumbprint(s)   ☐ Describe: _____

© 2009-2015 Notary Learning Center - All Rights Reserved    You can purchase copies of this form from our web site at  www.TheNotarysStore.com